UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

```
JENNY POWELL,                     )
                                  )
     Plaintiff,                   )
                                  )
           v.                     )   NO.  3:10-0806
                                  )   Judge Haynes/Bryant
THE HARTFORD LIFE AND ACCIDENT    )
INSURANCE CO., et al.,            )
                                  )
     Defendants.                  )
```

**O R D E R**

Counsel for the plaintiff has advised Court that he is in depositions on November 9, 2010, and has requested that the initial case management conference be reset. The request is **GRANTED.** The initial case management conference is **RESET** to **Tuesday, November 16, 2010,** at **11:00 a.m.** in Courtroom 776, U.S. Courthouse, 801 Broadway, **Nashville**, Tennessee. The parties shall file a proposed case management order three (3) business days prior to November 16, 2010.

It is so **ORDERED**.

s/ John S. Bryant
JOHN S. BRYANT
United States Magistrate Judge